# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Breyer, Charles R. | 2. Court or Organization<br><br>U.S. District Court, Northern District of California | 3. Date of Report<br><br>04/30/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>U.S. District Court, Northern District of California<br>450 Golden Gate Avenue, 17th Floor<br>San Francisco, CA 94102 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 04/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Salary - City Arts & Lectures, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 04/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pacific Gas & Electric, common stock | B | Dividend | K | T | | | | | |
| 2. First Niagara Group, common stock | A | Dividend | J | T | | | | | |
| 3. U.S. Bancorp, common stock | B | Dividend | L | T | | | | | |
| 4. U.C. Hastings Retirement Savings Plan | A | Dividend | J | T | | | | | |
| 5. Protective Life Insurance whole life plan | A | Dividend | M | T | | | | | |
| 6. First Republic Bank, cash accounts | A | Interest | K | T | | | | | |
| 7. Chase Bank, cash accounts | A | Interest | J | T | | | | | |
| 8. IRA #1 (CRB) | | | | | | | | | |
| 9. - Oppenheimer Developing Mkts (ODMAX) | B | Dividend | L | T | Buy | 02/19/14 | L | | |
| 10. - Columbia Acorn (ACRNX) | E | Dividend | M | T | | | | | |
| 11. - Fidelity Adv Floating Rate High Inc (FFRAX); converted to (FFRIX) | D | Dividend | J | T | Buy (add'l) | 05/06/14 | M | | |
| 12. - Fidelity Adv Floating Rate High Inc (FFRAX); converted to (FFRIX) | D | Dividend | | | Sold | 11/17/14 | N | | |
| 13. - Fidelity Adv High Income (FHIAX); converted to (FHNIX) | D | Dividend | | | Sold | 11/17/14 | M | | |
| 14. - Third Avenue Int'l Fund (TAVIX) | D | Dividend | L | T | | | | | |
| 15. - Blackrock Inflation Pro Bond Port (BPRAX) | A | Dividend | | | Sold | 02/19/14 | L | | |
| 16. - Eaton Vance Global Macro Fund (EAGMX) | A | Dividend | | | Sold | 02/19/14 | L | | |
| 17. - Permanent Portfolio Fund (PRPFX) | A | Dividend | | | Sold | 05/06/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Northern Lights Fund (SANAX) | D | Dividend | M | T | Buy (add'l) | 02/21/14 | L | | |
| 19. - Dodge & Cox Income Fund (DODIX) | C | Dividend | N | T | Buy | 11/18/14 | N | | |
| 20. - iShares Europe ETF (IEV) | C | Dividend | M | T | Buy | 02/24/14 | M | | |
| 21. - Doubleline Total Return Fund (DLTNX) | D | Dividend | N | T | Buy | 05/16/14 | M | | |
| 22. - Doubleline Total Return Fund (DLTNX) | D | Dividend | N | T | Buy (add'l) | 11/18/14 | M | | |
| 23. - Nile Pan Africa Fund (NAFAX) | B | Dividend | K | T | | | | | |
| 24. - IShares MSCI EAFE Index (EFA) | D | Dividend | M | T | Buy (add'l) | 02/24/14 | L | | |
| 25. - IShares Barclay's Treasury Inflation (TIP) | A | Dividend | | | Sold | 02/19/14 | L | | |
| 26. - IShares TR MSCI Emerging Markets Index (EEM) | A | Dividend | | | Sold | 02/19/14 | L | | |
| 27. - IShares IBOXX $ Investor (LQD) | D | Dividend | M | T | | | | | |
| 28. - IShares S&P North American Natural (IGE) | B | Dividend | L | T | | | | | |
| 29. - IShares Tr Russell Midcap Index (IWR) | B | Dividend | M | T | | | | | |
| 30. - IShares Tr Russell 1000 Growth Index (IWF) | D | Dividend | N | T | | | | | |
| 31. - IShares TR Russell 2000 (IWM) | B | Dividend | M | T | | | | | |
| 32. - Pimco Total Return (PTTAX) | B | Dividend | | | Sold | 05/05/14 | M | | |
| 33. - Templeton Global Bond (TPINX) | E | Dividend | N | T | Buy (add'l) | 05/07/14 | L | | |
| 34. - Vanguard Specialized Portfolio Div App ETF (VIG) | D | Dividend | N | T | Sold (part) | 05/08/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 36. JOINT COMMUNITY PROPERTY | | | | | | | | | |
| 37. - Fidelity Cal Municipal Money Mkt Fund | A | Interest | J | T | | | | | |
| 38. - Vanguard Intermediate Term Muni Bond Fund | A | Dividend | J | T | | | | | |
| 39. - Fidelity Adv. Balanced | B | Dividend | K | T | | | | | |
| 40. IRA #2 (SRG) | | | | | | | | | |
| 41. - Fidelity Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 42. - Blackrock Inflation Protected Bond Portfolio (BPRAX) | A | Dividend | | | Sold | 02/19/14 | J | | |
| 43. - Columbia Acorn Fund (ACRNX) | B | Dividend | J | T | | | | | |
| 44. - Primecap Odyssey Growth (POGRX) | A | Dividend | J | T | | | | | |
| 45. - Eaton Vance Global Macro Fund (EAGMX) | A | Dividend | | | Sold | 02/19/14 | J | | |
| 46. - Permanent Portfolio Fund (PRPFX) | A | Dividend | J | T | | | | | |
| 47. - Select American Shares (SLASX) | B | Dividend | J | T | | | | | |
| 48. - IShares TR Barclay USAGG B (AGG) | A | Dividend | | | Sold | 02/19/14 | K | | |
| 49. - IShares Barclay TIPS BD (TIP) | A | Dividend | | | Sold | 02/19/14 | J | | |
| 50. - Vanguard Specialized Portfol Div App ETF (VIG) | A | Dividend | K | T | | | | | |
| 51. - IShares TR IBOXX INV CPBD (LQD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - IShares TR MSCI EAFE Index (EFA) | A | Dividend | K | T | Buy (add'l) | 02/19/14 | J | | |
| 53. - IShares TR MSCI EMERG MKT (EEM) | A | Dividend | | | Sold | 02/19/14 | J | | |
| 54. - IShares TR Russell 2000 (IWM) | A | Dividend | J | T | | | | | |
| 55. - IShares TR Europe (IEV) | A | Dividend | K | T | Buy | 02/19/14 | K | | |
| 56. - IShares TR Russell MidCap (IWR) | A | Dividend | J | T | | | | | |
| 57. - IShares TR Russell 1000 GRW (IWF) | A | Dividend | L | T | | | | | |
| 58. - IShares TR S&P NA NAT RES (IGE) | A | Dividend | J | T | | | | | |
| 59. - PIMCO Total Return (PT TAX) | A | Dividend | | | Sold | 05/05/14 | K | | |
| 60. - Templeton Global Bond Fund - Class A (TPINX) | C | Dividend | K | T | | | | | |
| 61. - Third Avenue International Value Fund (TAVIX) | A | Dividend | J | T | | | | | |
| 62. - Fidelity Adv. Floating Rate High Inc (FFRAX); converted to (FFRIX) | B | Dividend | L | T | | | | | |
| 63. - Northern Lights Fund (SANAX) | B | Dividend | K | T | Buy (add'l) | 02/21/14 | J | | |
| 64. - Doubleline Total Return (DLTNX) | B | Dividend | K | T | Buy | 02/19/14 | J | | |
| 65. - Doubleline Total Return (DLTNX) | B | Dividend | K | T | Buy (add'l) | 05/05/14 | K | | |
| 66. - Oppenheimer Developing Mkts (ODMAX) | A | Dividend | J | T | Buy | 02/19/14 | J | | |
| 67. - Europacific Growth Fund (AEGFX) | A | Dividend | J | T | Buy | 02/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 04/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - Notes

1. All dividends (both regular and capital gain) were reinvested for the mutual funds shown on Part VII, which results in a minor increase in the number of shares held.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Charles R. Breyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544